## GALLAWAY *v.* FORT WORTH BANK.

MOTION TO SUE OUT WRIT OF ERROR, WITHOUT GIVING BOND REQUIRED BY LAW.

Submitted May 19, 1902.—Decided June 2, 1902.

The act of Congress of July 20, 1892, 27 Stat. 252, has no application to proceedings in this court.

THE case is stated in the opinion.

*Mr. A. Gallaway* in *propria persona.*

No appearance opposing.

THE CHIEF JUSTICE. This is an application for leave to prosecute a writ of error to a state court, without giving security

as required by section 1000 of the Revised Statutes, under an act of Congress of July 20, 1892. 27 Stat. 252.

The motion must be denied. Our ruling has uniformly been, and has been enforced in repeated instances that that act has no application to proceedings in this court.

*Motion denied.*